UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GINGER EDWARDS                                    CIVIL ACTION

VERSUS                                            NO: 26-466

GRANT JACK, ET AL.                                SECTION: N

## ORDER

The Court, after carefully considering the Complaint[1], the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Janis van Meerveld[2], dated April 13, 2026, to which no objection has been filed, hereby approves the Report and Recommendation and adopts it as the Court's opinion.

Accordingly,

**IT IS HEREBY ORDERED** that this lawsuit be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 28th day of April 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 10.